UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00648-FDW-DSC

| MELANIE MOORE et. al.,, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| P. JOHNSON & ASSOCIATES, INC. et. al., | ) | |
| Defendants. | ) | |

This matter is before the Court *sua sponte* concerning the trial setting in this matter. On January 11, 2018, the Court entered a case management order in this matter setting docket call for November 5, 2018. (Doc. No. 16.) The Court notes that a few weeks ago, counsel for Defendant telephonically informed the Court the parties had reached a settlement in principle. Following the telephone conversation with Chambers' staff, the mediator in this matter confirmed the settlement in the Mediator's Report filed October 11, 2018. (Doc. No. 26.) No stipulation of dismissal has been filed, and counsel and the parties failed to appear for docket call on November 5, 2018. Accordingly, the Court will DISMISS the case WITHOUT PREJUDICE, subject to the right of any party to reopen this matter within seven (7) calendar days if settlement is not consummated within that time.

IT IS SO ORDERED.

Signed: November 5, 2018

Frank D. Whitney
Chief United States District Judge