# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Melanie Moore<br>LaSchelle Massey<br>Vanessa Lazenby<br>Gregory Kluttz<br>Leon Harris<br>Shenita Wardlaw, | ) <br> ) <br> ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) <br> ) | 3:17-cv-00648-FDW-DSC |
| vs. | ) <br> ) | |
| FedEx Ground Package System, Inc.<br>P. Johnson & Associates, Inc.<br>Pierre Johnson,<br>Defendant(s). | ) <br> ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2018 Order.

November 5, 2018

Frank G. Johns, Clerk
United States District Court